Mark A. Ozzello (SBN 116595)
Mark.Ozzello@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Trisha K. Monesi (SBN 303512)
Trisha.Monesi@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:    (310) 556-4811
Facsimile:    (310) 943-0396

Attorneys for Plaintiff Melanie Kelley

DLA PIPER LLP (US)
ANGELA C. AGRUSA (Bar No. 131337)
angela.agrusa@dlapiper.com
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Telephone:    310.595.3000
Facsimile:    310.595.3300
Attorneys for Defendant
WWF Operating Company, dba WhiteWave Services, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| MELANIE KELLEY, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WWF OPERATING COMPANY, a Delaware corporation, dba WHITEWAVE SERVICES, INC.,<br><br>　　　　Defendant. | Case No.  1:17-cv-00117-LJO-BAM<br><br>Hon. Lawrence J. O'Neill<br><br>**FOURTH JOINT STATUS REPORT**<br><br>Complaint Filed:　January 24, 2017<br>Trial Date:　　　　None Set |

1  Pursuant to the Court's June 6, 2017 Memorandum Decision and Order re Defendant's Motion to Dismiss (ECF No. 18), Plaintiff Melanie Kelley and Defendant WWF Operating Company, through their undersigned counsel, hereby submit this joint status report.

In the Order, the Court stayed this case "pending a determination from the FDA on whether Defendant's products must be labeled 'imitation' under [21 C.F.R.] § 101.3(e), or when it appears the FDA does not intend to address the matter."  The Court directed the parties to submit a joint status report every six months "updating the Court on the FDA proceedings and, if appropriate, the parties' positions on how this case should proceed in light of those proceedings."

On September 28, 2018, the FDA invited comments on labeling plant-based products labeled with names that include the names of dairy foods. 83 FR 49103.  On November 21, 2018, the FDA announced it would extend the comment period by sixty (60) days.  83 FR 58775.  The comment period closed on January 28, 2019.

As of the date of this report, the FDA's review of the relevant citizen petitions filed by Plaintiff (FDA-2017-P-6751) and the Good Food Institute (FDA-2017-P-1298) are ongoing.  The Parties will continue to monitor progress of these petitions and will file another status report at the time provided in the Court's June 6, 2017 Order.

Dated:  June 6, 2019  Respectfully submitted,
**CAPSTONE LAW APC**

By: */s/ Trisha Monesi*
Mark Ozzello
Tarek H. Zohdy
Cody R. Padgett
Trisha K. Monesi

Attorneys for Plaintiff Melanie Kelley

Dated:  June 6, 2019  **DLA PIPER LLP (US)**

By: */s/ Angela Agrusa*
Angela C. Agrusa

Attorneys for Defendant
WWF Operating Company, dba WhiteWave Services, Inc.

**ECF CERTIFICATION**

  I, Trisha Monesi, am the ECF User whose ID and password are being used to file this Joint Status Report. In compliance with L.R. 5-4-3.4(a)(2)(i), I hereby attest that Angela Agrusa, counsel for Defendant, has concurred in this filing.

Dated:  June 6, 2019              */s/ Trisha Monesi*

                     Trisha Monesi