Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Trisha K. Monesi (SBN 303512)
Trisha.Monesi@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff Melanie Kelley

DLA PIPER LLP (US)
ANGELA C. AGRUSA (Bar No. 131337)
angela.agrusa@dlapiper.com
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Telephone:   310.595.3000
Facsimile:   310.595.3300
Attorneys for Defendant
WWF Operating Company, dba WhiteWave Services, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MELANIE KELLEY, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WWF OPERATING COMPANY, a Delaware corporation, dba WHITEWAVE SERVICES, INC.,<br><br>Defendant. | Case No.  1:17-cv-00117-LJO-BAM<br><br>Hon. Lawrence J. O'Neill<br><br>**FIFTH JOINT STATUS REPORT**<br><br>Complaint Filed:   September 29, 2017<br>Trial Date:   None Set |

Pursuant to the Court's June 6, 2017 Memorandum Decision and Order re Defendant's Motion to Dismiss (ECF No. 18), Plaintiff Melanie Kelley and Defendant WWF Operating Company, through their undersigned counsel, hereby submit this joint status report.

In the Order, the Court stayed this case "pending a determination from the FDA on whether Defendant's products must be labeled 'imitation' under [21 C.F.R.] § 101.3(e), or when it appears the FDA does not intend to address the matter." The Court directed the parties to submit a joint status report every six months "updating the Court on the FDA proceedings and, if appropriate, the parties' positions on how this case should proceed in light of those proceedings."

On September 28, 2018, the FDA invited comments on labeling plant-based products labeled with names that include the names of dairy foods. 83 FR 49103. On November 21, 2018, the FDA announced it would extend the comment period by sixty (60) days. 83 FR 58775. The comment period closed on January 28, 2019.

As of the date of this report, the FDA's review of the relevant citizen petitions filed by Plaintiff (FDA-2017-P-6751) and the Good Food Institute (FDA-2017-P-1298) are ongoing. The Parties will continue to monitor progress of these petitions and will file another status report at the time provided in the Court's June 6, 2017 Order.

Dated: December 10, 2019

Respectfully submitted,
**CAPSTONE LAW APC**

By: */s/ Trisha Monesi*
    Tarek H. Zohdy
    Cody R. Padgett
    Trisha K. Monesi

Attorneys for Plaintiff Melanie Kelley

Dated: December 10, 2019

**DLA PIPER LLP (US)**

By: */s/ Angela C. Agrusa*
    Angela C. Agrusa

Attorneys for Defendant
WWF Operating Company, dba WhiteWave Services, Inc.

**ECF CERTIFICATION**

I, Angela Agrusa, am the ECF User whose ID and password are being used to file this Joint Status Report. In compliance with L.R. 5-4-3.4(a)(2)(i), I hereby attest that Trisha Monesi, counsel for Plaintiff, has concurred in this filing.

Dated: December 10, 2019

*s/Angela C. Agrusa*
Angela C. Agrusa