UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE KELLEY,<br><br>  Plaintiff,<br><br>  v.<br><br>WWF OPERATING COMPANY,<br><br>  Defendant. | No. 1:17-cv-00117-NONE-BAM<br><br>ORDER RE STIPULATED DISMISSAL;<br><br>ORDER TO CLOSE CASE<br><br>(Doc. No. 31.) |

In light of the stipulation of dismissal signed by all parties who have appeared pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. No. 31) and because the putative class has not been certified:

(1) plaintiff's individual claims are dismissed with prejudice;

(2) the claims of the putative class members are dismissed without prejudice; and

(3) the Clerk of Court is directed to assign a district judge to this matter for the purposes of closure and to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated:   **February 18, 2021**                                   _____
                                                                                UNITED STATES DISTRICT JUDGE

1